## THE STATE, Appellant, v. LEN CHAMBERS.

### Division Two, November 23, 1909.

**APPEAL BY STATE.** The State is not entitled to an appeal from a judgment sustaining a plea in abatement to an indictment.

Appeal from Jasper Circuit Court.—*Hon. Henry L. Bright,* Judge.

APPEAL DISMISSED.

*Elliott W. Major,* Attorney-General, and *John M. Atkinson,* Assistant Attorney-General, for the State.

BURGESS, J.—This is an appeal by the State from a judgment of the circuit court of Jasper county setting aside the indictment on a plea in abatement thereto by the defendant.

The record is in all respects similar to those in the cases of State v. Craig, *ante,* p. 201, and State v. Firey, *ante,* p. 194, handed down at this delivery, and for the reasons therein given, the appeal of the State must be and is dismissed. All concur.